

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2015

No. 04-15-00064-CV

**IN THE INTEREST OF K.R.E.T., ET AL CHILDREN**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02260
Honorable Dick Alcala, Judge Presiding

## O R D E R

    The appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before May 4, 2015.

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court